**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAWRENCE SCHALLERT, an individual,

Plaintiff,

v.

LAIRD SUPERFOOD, INC.,

Defendant.

Case No. 2:25-CV-12407-SPG-PVC

**ORDER ON FIRST JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT [ECF NO. 35]**

The Court is in receipt of the Parties' First Joint Stipulation to Extend Time to Respond to the Second Amended Complaint. (ECF No. 35 ("Stipulation")). The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Defendant LAIRD SUPERFOOD, INC. to file a response to the Second Amended Complaint shall be extended up to and including July 20, 2026.

**IT IS SO ORDERED.**

Dated: July 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE